This decision of the Supreme Court of New Mexico was not selected for publication in the New Mexico Appellate Reports.  Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions.  Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Supreme Court.

## IN THE SUPREME COURT OF THE STATE OF NEW MEXICO

**Filing Date: November 20, 2025**

**No. S-1-SC-38796**

**CHARLES BARKER,**

Petitioner,

v.

**RICHARD MARTINEZ, Warden,**

Respondent.

**ORIGINAL PROCEEDING ON CERTIORARI**
**Lucy Solimon, District Judge**

Charles Barker
Pro se
Albuquerque, NM

for Petitioner

Raúl Torrez, Attorney General
Albuquerque, NM

for Respondent

### DISPOSITIONAL ORDER OF REMAND

**VIGIL, Justice.**

**{1}** WHEREAS, this matter came before the Court on petition for writ of certiorari under Rule 12-501 NMRA seeking review of the Second Judicial District Court's order (1) denying Petitioner's request to include his time serving in-house parole when determining his eligibility for a duration review hearing under NMSA 1978, Section 31-21-10.1(B) (2007), and (2) declining to reach Petitioner's request for release from indeterminate sex-offender parole as the remedy for failure to hold a timely duration review hearing under Section 31-21-10.1(C);

**{2}** WHEREAS, the Court ordered that this case be stayed pending the Court's disposition of *State v. Thompson*, S-1-SC-38376;

**{3}** WHEREAS, the Court issued an opinion and mandate in *State v. Thompson*, 2022-NMSC-023, 521 P.3d 64 (mandate filed Nov. 18, 2022), which addressed some, but not all, of the legal issues raised by Petitioner in this case;

**{4}** WHEREAS, the Court vacated the order staying this case pending *Thompson*, *id.*, and ordered that this case be held in abeyance pending the Court's disposition of *Aragon v. Martinez*, S-1-SC-39172;

**{5}** WHEREAS, the Court has now issued an opinion and mandate in *Aragon v. Martinez*, ___-NMSC-___, ___ P.3d ___ (S-1-SC-39172, July 14, 2025) (mandate filed Aug. 18, 2025);

**{6}** WHEREAS, the opinions in *Thompson*, 2022-NMSC-023, and *Aragon*, ___-NMSC-___, address and significantly affect the issues of law presented in this case; and

**{7}** WHEREAS, the Court exercises its discretion under Rule 12-405(B)(1) NMRA to dispose of this case by nonprecedential order rather than a formal opinion;

**{8}** NOW, THEREFORE, IT IS ORDERED that the abeyance is VACATED and this matter is REMANDED to the district court to reconsider Petitioner's right to habeas relief in accordance with *Thompson*, 2022-NMSC-023, ¶ 30, and *Aragon*, ___-NMSC-___, ¶ 42.

**{9}    IT IS SO ORDERED.**

**MICHAEL E. VIGIL, Justice**

**WE CONCUR:**

**DAVID K. THOMSON, Chief Justice**

**C. SHANNON BACON, Justice**

**JULIE J. VARGAS, Justice**

**BRIANA H. ZAMORA, Justice**